

# THE ATTORNEY GENERAL
# OF TEXAS

**CRAWFORD C. MARTIN**
**ATTORNEY GENERAL**

AUSTIN, TEXAS 78711

February 28, 1967

Honorable John Connally
Governor of the State of Texas
Office, Capitol Building
Austin, Texas

Dear Governor Connally:

Opinion No. M- 31

Re: Construction of House
Bill 87, Acts of the
60th Legislature, Reg-
ular Session, 1967.

Your request on the above subject asks the following questions concerning the expenditures of monies under the provisions of Section 4 of House Bill 87, Acts of the 60th Legislature, Regular Session, 1967:

"(1) What is the latest date on which money appropriated therein for the Texas exhibit at HemisFair 1968 can be committed?

"(2) Can such money appropriated be used for operating expenses of the Institute of Texan Cultures for the 1968-69 biennium?"

House Bill 87 passed the House of Representatives on January 24, 1967, by the following votes: yeas - 121; nays - 23; passed the Senate on February 13, 1967, by the following votes: yeas - 21; nays - 7; and one paired and was approved by the Governor on February 20, 1967.

Since House Bill 87 was passed by the Legislature by a record vote of two-thirds of all the members elected to each House the effective date of House Bill 87, Acts of the 60th Legislature is February 20, 1967. Section 4 of House Bill 87 reads as follows:

"Sec. 4. In addition to the moneys appropriated in Section 6 of Senate Bill No. 166, Chapter 443, Acts of the 59th Legislature, Regular Session, 1965, $5,500,000 is hereby appropriated from the General Revenue Fund to the Texas Tourist Development Agency. The additional moneys appropriated in this Act and any unexpended

- 134 -

balance in the appropriation of Chapter 443, Acts
of the 59th Legislature, Regular Session, 1965,
shall be used in accordance with the provisions
of Chapter 443, Acts of the 59th Legislature,
Regular Session, 1965."

It is noted that while appropriations made by the
provisions of Sections 1, 2 and 3 of House Bill 87 were made
for the fiscal year ending August 1, 1967, monies appropriated
in Section 4 were not made for any particular period of time.
Therefore, the appropriation is made for the entire period of
time authorized by the Constitution of Texas.

Section 6 of Article VIII of the Constitution of
Texas provides that no appropriation of State funds may be
made for a term of more than two years. Therefore, the last
date on which monies appropriated in Section 4 of House Bill
87, Acts of the 60th Legislature can be legally encumbered is
February 19, 1969, the end of a two year period from the ef-
fective date of House Bill 87.

It was stated in Attorney General's Opinion M-13
(1967):

"Section 6 of Article VIII of the Consti-
tution of Texas provides that no appropriation
of State funds may be made for a term of more
than two years. Therefore, generally speaking,
personal services must be paid out of appropria-
tions made for the year during which the personal
services are rendered. Attorney General's Opinions
0-2815 (1940) and V-1397(1952). It is clearly
settled, however, that an appropriation for one
year in the case of capital expenditures may
legally be encumbered by contract even though
the project for which it is spent will not be
completed and paid for until succeeding years.
Attorney General's Opinions 0-2631 (1940),
V-1139 (1950), V-1397 (1952), V-1535A (1952),
WW-40 (1957), and C-625 (1966)."

Monies appropriated in Section 4 of House Bill 87,
Acts of the 60th Legislature are required to be used in accord-
ance with the provisions of Chapter 443, Acts of the 59th Legis-
lature, Regular Session, 1965. Chapter 443, Acts of the 59th
Legislature, 1965, is an Act providing for a permanent structure
at HemisFair, 1968, and the Institute of Texan Cultures is the

official designation of the property owned by the State of Texas pursuant to the provisions of Chapter 443, Acts of the 59th Legislature, Regular Session, 1965, located in Bexar County, Texas, on the ground known as "HemisFair, 1968." Section 6 of Chapter 443, Acts of the 59th Legislature, Regular Session, 1965, reads as follows:

"To carry out the purposes of the Act, the following appropriation is hereby made:

"From the General Revenue Fund to the Texas Tourist Development Agency, for a permanent building of approximately 115,000 square feet; for grading, clearing, paving, retaining walls, parking, underground facilities, landscaping, lighting, special effects, and other necessary expenses including planning for the exhibits: $4,500,000." (Emphasis added)

In answer to your second question, you are advised that the monies appropriated in Section 4 of House Bill 87, Acts of the 60th Legislature may be used for operating expenses of the property owned by the State of Texas known as the Institute of Texan Cultures for the two year period ending February 19, 1969.

## S U M M A R Y

Monies expended pursuant to Section 4 of House Bill 87 cannot be legally encumbered after February 19, 1969. Article VIII, Section 6, Texas Constitution. Monies appropriated by the provisions of Section 4, House Bill 87, Acts of the 60th Legislature, Regular Session, 1967, may be expended for a permanent building and grounds known as the Institute of Texan Cultures including all operating expenses connected therewith.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

- 136 -

Honorable John Connally, page 4 ( M-31)


APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
W. V. Geppert, Co-Chairman
Alan Minter
Pat Bailey
Malcolm Quick
John Banks

STAFF LEGAL ASSISTANT:
A. J. Carubbi, Jr.